Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Rachel Chatman (SBN 206775)
rachel.chatman@klgates.com
K&L GATES LLP
4 Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Telephone:    (415) 882-8200
Facsimile:    (415) 882-8220

Attorneys for Defendants
EquiFirst Corporation, HomEq
Servicing and Mortgage Electronic
Registration Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. GEROW and CAROLYN FIGUEIRA-GEROW,<br><br>          Plaintiff,<br><br>     v.<br><br>HOMEQ SERVICING, EQUIFIRST CORPORATION, T.D. SERVICE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., UNITED MORTGAGE AND REALTY SOLUTIONS, INC., BRIANNA WATERS, DAVID MICHAEL RISSE, and DOES 1 through 200, inclusive,<br><br>          Defendants. | Case No.  09-CV-01659-MCE-GGH<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER TO FURTHER EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  June 15, 2009<br>Trial Date:        None Set |

1  Plaintiffs James H. Gerow and Carolyn Figueira-Gerow (collectively "Plaintiffs") and
2  Defendants EquiFirst Corporation, HomEq Servicing and Mortgage Electronic Registration Systems,
3  Inc. ("Defendants"), by and through their respective attorneys of record, hereby stipulate and request
4  that this court issue an order to allow Defendants an extension to answer or otherwise respond to the
5  First Amended Complaint.  Plaintiffs informed Defendants of their intent to file a Second Amended
6  Complaint and accordingly Plaintiffs and Defendants have agreed that Defendants must file an
7  answer or otherwise respond to the First Amended Complaint by November 30, 2009, or thirty days
8  after Plaintiffs file their Second Amended Complaint, whichever is earlier

Dated:   September 30, 2009                          K&L GATES LLP


By:   /s/
      Rachel Chatman
Attorneys for Defendants EQUIFIRST
CORPORATION, HOMEQ SERVICING, and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.


Dated:   September 30, 2009                          LANAHAN & REILLEY


By:   /s/
      Michael J.M. Brook
Attorneys for Plaintiffs
JAMES H. GEROW and
CAROLYN FIGUEIRA-GEROW


        IT IS SO ORDERED.

DATED: October 7, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE