UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

JAMES H. GEROW and CAROLYN FIGUIERA-GEROW,

      Plaintiffs,

  v.

HOMEQ SERVICING; EQUIFIRST CORPORATION; T.D. SERVICE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; UNITED MORTGAGE AND REALTY SOLUTIONS, INC.; BRIANNA WATERS; DAVID MICHAEL RISSE; and DOES 1 through 200, inclusive,

      Defendants.

No. 2:09-cv-01659-MCE-GGH

MEMORANDUM AND ORDER

----oo0oo----

    This action arises out of a mortgage loan transaction in which Plaintiffs James H. Gerow and Carolyn Figuiera-Gerow ("Plaintiffs") refinanced their home in 2007. Presently before the Court is a Motion by Plaintiffs seeking leave to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a).

1

1 In Plaintiffs' First Amended Complaint, Plaintiffs allege violations of both federal and state laws, including the Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") and the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605 et seq. ("RESPA"). However, in seeking leave to amend, Plaintiffs have submitted a proposed Amended Complaint in which no federal causes of action are alleged.

With only state law claims alleged, this Court ceases to have subject matter jurisdiction over the suit. The Court declines to exercise its supplemental jurisdiction over the remaining state causes of action and they are dismissed without prejudice. The Court need not address the merits of Plaintiffs' Motion to Amend (Docket No. 38) as those issues are now moot.

On the Court's own Motion, this case is hereby dismissed without prejudice for lack of subject matter jurisdiction.[1] The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: June 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 230(g).